Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

### Corpus Christi Division

United States Courts
Southern District of Texas
FILED

*August 27, 2024*

Nathan Ochsner, Clerk of Court

Caroline Sue Barnett

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Kirk Watson. State of Texas, Andy Brown, Delia Garza, Ron Nirenberg, John Cowen, Susan Deski, Derrel Dullnig, Western District of Texas In Austin, TC Broadnax

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___2:24cv195___

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Caroline Sue Barnett |
| Street Address | 12675 Research Blvd |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78759 |
| Telephone Number | (737) 237-7721 |
| E-mail Address | barnett21benovi@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kirk Watson |
| Job or Title *(if known)* | City of Austin |
| Street Address | 301 W 2nd St |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78701 |
| Telephone Number | 512-974-2000 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Pooja Sethi |
| Job or Title *(if known)* | Democratic headquaters |
| Street Address | 7880 highway 290 W #9108 |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78736 |
| Telephone Number | 803-342-2022 |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Andy Brown |
| Job or Title *(if known)* | Former Democrat Headquarter, County Judge |
| Street Address | 700 lavaca |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78701 |
| Telephone Number | 512-854-9555 |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Delia Garza |
| Job or Title *(if known)* | County Attorney prosecutor |
| Street Address | 314 West 11th Street room 300 |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78701 |
| Telephone Number | 512-854-9315 |
| E-mail Address *(if known)* | N/A |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)*   Caroline Sue Barnett   , is a citizen of the

State of *(name)*   Texas   .

2.   If the plaintiff is a corporation

The plaintiff, *(name)*   N/A   , is incorporated

under the laws of the State of *(name)*   N/A   ,

and has its principal place of business in the State of *(name)*

N/A   .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)*   N/A   , is a citizen of

the State of *(name)*   N/A   . Or is a citizen of

*(foreign nation)*   N/A   .

2.   If the defendant is a corporation

The defendant, *(name)*   Kirk Watson   , is incorporated under

the laws of the State of *(name)*   Texas   , and has its

principal place of business in the State of *(name)*   Texas   .

Or is incorporated under the laws of *(foreign nation)*   N/A   ,

and has its principal place of business in *(name)*   N/A   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

Just know counties have no intentions of paying damages but prefer to create more damages abusing our rights to live in freedom. Note: Destroying a life of a child due to political interest is child negligence. Damages immidiate attention to be paid, $310,335. County is using witchcraft to lure out of a lawsuit but caused unchangeable damages and destroyed a child's life in waiting for me to gain child custody.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 07/28/2021 , at *(place)* Remington house apartments in 600 barwood park austin texas ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Travis county APD made a wrongful arrest 07/28/2021 and caused damages to property, siblings and loss of a loved one. County found out about witchcraft and used it as an alternative to continue retaliation scheme. The psychic told county she is in my womb torturing me and i may have no control or little control. Sexual scheme followed by internal county leaders office of delia garza and spread to council. County attempted to kill me several times. Another death was caused by domestic relation obstruction as county searched for a more suitable victim who is my aunt, and said, they have total control and overpowered victims of sexual abuse.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
These unlawful acts are ongoing as they plan other means of luring out consequences for violating the law and failing to aid victims of sexual abuse but turned around raped them instead. County spread gossip of the payout being 300 billion to fish for volunteers in aid to stop lawsuit. County caused damages to my family and the interns in which have no fault of their own have been consecutively victimized by males and those in power. It's the democratic sexual scheme and fraud committed by a psychic created real damages. County failed to enforce the law, ~~abide by~~ the constitution and have abused our human rights in tortures. Groups call themselves democrats.
refuse to abide by

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I have cardiac congestion failure, venous insuffuciency, pedal edema, pre-diabetes, asthma, and suffer from low iron deficiency due to heavy periods, that is because the psychic has been in my womb since 2020 causing miscarriages with a motive. I need for the City of Austin to return my backpack with all my documents along with the kids documents, and no copies of photos should have been taken. A 2024 Jeep 392 at Covert in research blvd in austin Texas to be paid in full. I do not have an attorney due to harassments so please work with me. I need them to pay for the house we lost in brownsville texas for obstructing a probate case and child custody. I need my failure to appear traffic warrant to be dismissed by judge derrell in selma texas due to abuse for personal purposes. Susan deski who decided to ignore sexual harassment report by my sister rose valerie garza and punished her instead becuase i filed a case against her, for her case to be dismissed. I need protective order against all travis county groups for sexual harassment and stalking peeping tom. Be patient with me, Clerks do not give details of the case to anyone, due to lack of authority rights in the case. Order Council of Austin Texas Kirk Watson to pay 500 Billion as he stated before as his comment caused more serious damages. Everyone wants to break the law but not pay for breaking the law. Approve child custody. We need hotel vouchers and emergency funds, statement above $310,335. Constitutional obstructions caused us damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/15/2024

Signature of Plaintiff

Printed Name of Plaintiff     Caroline Sue Barnett

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Summary of Civil Complaint in Negligence

The County's plan was too lure out of a lawsuit in 2022 the damages that resulted from a criminal case that ended in Interest of Justice on March 1st, 2022. In 2014 I met Ruth Madam who stated I needed a cleansing but I needed to pay a sum of **$800** as I paid half I did not see results or felt any spiritual changes but a bad vibe. I discontinued her service because felt she was going to attempt to hold me with her work to squeeze money out of me saying someone else is causing my problems. In 2017 Marta Robles similar attempt but charged over **$2,500** for a cleansing and I discovered similarities as she told me someone did really strong work and she is different. The group who assaulted me in Nebraska Crystal Ramirez where urine was injected into my IV in 2020 while I was hospitalized, stated the psychic is Ruth Madam. Marta Robles during harassment stated she needed to slow down my success and a close relative passed on. My family were doing fine as I checked on Jose Morales on a later date who was doing just fine, who was working to get permission to work in the United States with his attorneys. The county found that APD made a mistake creating damages to both siblings Rayna Hernandez, and myself during an arrest that was dismissed in 2022. Where they saw that witchcraft was offered as an alternative to lure out a lawsuit. The harassments have been back to back and severe. Jose Morales passed away in 2022 during a harassment scheme that led to our separation. Matthew Van who is also a victim of indirect harassment passed on in December 23, 2021 still during the active criminal case. The county is aware witchcraft is illegal to use as it may interfere with case results. County ignored and proceeded with additional witchcraft services. County continued sexual rituals which led to Human Trafficking, the group were told it activates spells by Diana E buss and they're inside my womb inflicting pain the "miscarriage spell". In 2024 My aunt passed away as the county stated she is the right one. On July 28, 2024 my backpack was stolen along with family members personal identification number, the county female employee stated "we stole her backpack". The county stated they just wanted the USB flash drive and some photos of the family to have better grip, and my documents so I won't leave the state. I have my niece's, my nephew's, my youngest sibling's, My adult sibling's and my documents in that backpack. Not only have our identities been breached but my diploma and transcript are in the backpack and may not be replaceable. The photos of my family are photos that are not replaceable as they are childhood photos in memory of my mother who passed on in 2019 and photos of my youngest sibling when she was a toddler in school that are not replaceable. The county has access to witchcraft as they refuse to stop touching my private parts with witchcraft as the males stated direct sexual comments. Other males started harassing my young adult nieces in wanting to lure them into a room. The rituals get very brutal as I overhear multiple males with a single female. The group stated they were making money off the females as I also overheard a male state "you got my vote". After he had sex with a younger female. The female doesn't want to continue doing rituals or be sold to democratic friends which explains obstructions to a fair verdict. I can't believe Kirk Watson really use his home, as of right now I am being stalked everyday as they cover up and tamper with evidence so they won't get charged but then there is my backpack that was deprive which is very odd during an election period and active case in court in Eastern District of Tyler Texas. Kirk Watson offered **500** billion as the males got brutal and upset about the offer. The harassments did not stop until after math My aunt passing away, backpack being deprived from my person as in an Extortion Form and the election money raise ending date 08/20/2024. The ritual spread started when lawsuit rumored amount was at its **300** billion a similar amount of a previous Corpus Christi amount of **301** billion payout on 2019 drunk driver that killed a family crash. All those who volunteered stated it was jealousy as they attempted to deprive my life. I need damages to be paid as I suffer cardiac damages from a recent minor stroke of congested heart

failure. I may require cardiac surgery due to possible Left lower ventricle heart chamber damages. I don't sleep as the harassment by council and county groups don't make it any easier.  I am pre-diabetic as a result of poor eating habits, anemia caused by heavy period bleeds, lower spine damages, asthma where my lungs feel like they're not getting enough oxygen and serious life-threatening cardiac damages where I can risk a heart attack at any moment. The damages that we have suffered as in the family are long term as we still cope with loss.

Not something easy to walk away from all the damages, I suffer cardiac pain and sleepless nights as I try to get rest in this HEAT that has reached triple digits as my body is as sensitive as my health. Being harassed obstructs a person from searching for the right Law Firm to represent the family and myself. Having an attorney can be useful to help us protect our individual rights and not having an attorney leaves us victims unprotected while others manipulate our rights. That's where all the judicial abuses come into play, why would defendants need the whole county to be doing rituals for the period of July of 2022 and as of Today 08/19/2024? Because of the damages. The County wanted control over the payout. The problem is where Child endangerment comes in. The county stole my backpack and have stated about hurting family members with witchcraft. This places our children at risk since she has access to a lot of photos, and one who is a possible air to a "WILL". The psychic committed un lawful acts of tortures in means of envy. I am unaware if Brownsville Texas played a part in her fraudulent scheme deceiving the county but bribing them all in the same time, California case where a psychic charged thousand to her clients, case must have been removed. The County broke state law. They work in the legal system where it is important to enforce the law and policy before placing anyone at risk of harm. Judge, move forward with summoning the group and disqualifying the defendants for using witchcraft to harm and cheat, and who committed other federal violations.  The last thing the psychics wants is an investigation and her home to be raised among other participants who practice witchcraft on a human body and homes used for Trafficking the young Democratic Interns. Dismissals were caused by judges who are Gender Bias judges. I need my Backpack, my failure to appear in court lifted due to charges being personal and not judicial by judge Derrell, my Jeep 2024 Rubicon 392 to be paid as soon as possible, Hotel vouchers away from Travis County, and Rose Valerie Garza where she is being punished by Susan Deski her case dropped and dismissed due to prosecutorial violation. All defendants depend on witchcraft and Federal judges to hinder violations of the law and constitution. Andy brown and Delia Garza are the ones who told everyone they won't get charged if they help the County lure out of (A) lawsuit which are multiple. How much did the psychic make? What I am explaining to you can land someone behind bars for violating the law and avoiding accountability leaving us damaged. They don't like the constitution they should feel free to move out of the United States because many of our soldiers gave their lives to keep us in liberty and not slaves. Talking about the military the group kept mentioning tow specific nieces on how pretty they are and if I kept attempting to sue they will hurt them. The districts keep sharing information that the county uses to retaliate but the damage is done. I consider these unlawful actions a Hate Crime.

The children's identity connected to my backpack do not live in Austin Texas they are from the Valley. County violated their privacy protection rights as well as the whole families. Brownsville Texas Luis Saenz, a miscarriage was caused by the jail's negligence in 2021 of Rayna Hernandez as Luis stated to Austin Texas Travis county attorney office make sure I do not sue them for damages of unlawful background check of me and ignoring Rayna Hernandez protection rights. In October 7, 2021 Rayna Hernandez also stated she got arrested and got sexually harassed by police who made an unlawful

search and seizure knowingly she was in pajamas. The day of her release she stated something else occurred, she woke up in a dark hole undressed. An officer confirmed. The county stated they will attempt to arrest her and to throw her in the dark hole so they can take advantage of her. I let my sister know of the comment and she did not like what was said. We are tired of being bullied like this it is costing life not just injuries. The elder guy colleague of Rose Frank who communicated with the psychic sounded as if he was ready to retire and has been tired of those who sue for damages and my family happened to take the heat. It is not our fault. Witchcraft mixing with law enforcement was thrown out in Maryland PPU group because their work wasn't as accurate and valid to be used in court. I have pedal Edema and my blood is not circulating right. I need to elevate my legs. Something happened to my body. I need clothes too. My little sister wants me to take custody of her and my father is Unstable. The county and males are incapable of taking witchcraft cases due to conflicts of interest in sexual violation of engaging in. Human Rights Violations. Equal rights for women. This shall be the end of this letter.

I need to shower and rest. They have gone too far for an amount that has not been paid out to a family. Now they need to pay what they offered for threatening the whole family and causing long term damages. 300 billion that lured the group into the Hate Crime, *500 billion* that kirk offered, after they deprived my backpack someone offered additional *30 billion.* **Numbers in lawsuits have not been this high in history besides the Corpus Christi case, same as Human Trafficking and use of witchcraft for control has not been used in Austin Texas Local Government Departments in history.** Doing so will cause severe damages to the intended party or even death. They need to pay and stop holding my backpack hostage. Hey judge, I need hotel Vouchers away from county to rest, my heart, it is Urgent. Lack of treatment is not good. I feel heartburns and nauseated a lot and I don't sleep well because of spiders and cement is uncomfortable. I had filed sealed in all cases and judges refused to remove case off the public. Witchcraft alone was sufficient enough to waive immunity from judges, including death of a loved one caused by their Gender and Degrading Bias Decisions. The Interns from University of Texas should have been learning skills in law not be used to stop a lawsuit which is the total opposite of what they might be hired for, I do believe they should be compensated and release with no delays to gain back their liberties. Judge, please take this case. See Something Say Something, this is "Hear Something Say Something". Austin Texas against Hate what happened? The psychic should have known her limitations as well as Council and those who volunteered and not wait for it to get so bad.

Sincerely,

Caroline Sue Barnett

08/19/2024

Caroline Sue Barnett

12675 Research Blvd Austin Texas 78759

08/20/2024

Honorable Judge Janis Graham Jack & Judge Julie K. Hampton

Judges of Southern District of Texas Corpus Christi

1133 N. Shoreline Blvd. Corpus Christi, TX 78401

Dear Judges,

I am going to need urgent help, no delays. Hotel Voucher for the time necessary to ensure the family get compensated for the loss and suffering. **Hotel Vouchers at 18101 Point Lookout Dr, Houston, TX, 77058 for as long as needed, Jeep 2024 Rubicon 392 from Covert dealership 8107 Research Blvd., Austin Texas 78758 to be paid in full, warrant from Selma Texas Failure to Appear out of date warrant to be dismissed, my backpack to be returned since the county stated they have it, and emergency funds for food, clothing and essentials. I do need to gain emergency child custody of Danielle Ray Barnett.** County has been attacking my family with this witchcraft and obstructing domestic relations. I can't be out here in this heat it complicates my health as I am diagnosed with pedal edema and have cardiac failure. I chose the location because my best friend whom I have not seen in years is currently there. I do need a protective order against Travis county. Judges we have not had a female judge which explains a lot of degrading treatments and delays. Please Judge, I have not slept and I felt as if I would pass out. I am afraid I may not have enough funds for SUMMONS I will my best, damages are severe to be patient with me.

Respectfully,

Caroline Sue Barnett

Caroline Sue Barnett

12675 Research Blvd (Mosaic Church) Executive: Leah Hargrave

Austin Texas 78759

(737) 237-7721

Barnett21benovi@gmail.com

Dear Judges,

The county told me that they know I won but I just need to win in court. When my items got stolen at a Bus Stop station at North Lamar Runberg, where the buses go south, the individual entered bus 1 William cannon where it does not stop at the transit center during the weekend last bus ride on Sundays. Which makes it more suspicious where a relative has just passed away.

In the beginning I have heard very young females as the group told me they are little Delia's and Rose Frank's group who happened to be the Interns. Males stated they had their eye on some of them and couldn't wait to take turns with them. It has gotten so bad that I felt bad how they were being treated as the males and females stated they are the County's prostitutes. As an experienced employee I knew it is against policy and manipulation of the higher management group in which they can be place at risk. The county ignored and proceeded with gang rapes. They still ignored the law as males I have overheard do not work directly for county as others stated they are city managers, Ann Morgan's group, District staff, and City council groups. I had spoken with Jackie the front desk personnel as she told me over 250 employees work in the building. The group were told that the rituals with serum are sexual stimulants as in my end it causes my energy to be drained. I have suffered miscarriages and tachycardia events. I have also tasted blood in my throat as these rituals become painful in my body.

They also told me about siblings they were doing work on. In the beginning my nieces had two car wrecks and stated she doesn't remember how it happened then she ended up with a Toyota Camry a similar vehicle I had driven which means she will be safe.

The county wants to witness our suffering in the streets and stated they wanted the group who practice rituals to cause me a huge heart attack. They have tried but failed. The county severity of jealousy caused them to commit a serious Hate Crime.

I Have heard the males state they want to steal the lawsuit.

The county continued to harass, antagonize, taunt, stalked my family, as they also sexually harassed me saying they wanted to touch me in sensitive areas of my body. The group stated since they can't do it in person because I will fight them off. A female in county stated they needed to block me from using courts in Texas. This action obstructs justice and leaving damages that are hard to recover from.

Judge, I am very exhausted as my health is placed at risk for lack of cardiac treatment and diagnoses. Targeting family members is a criminal attempt charge, that may land them in a Manslaughter charge.

If county kept causing dismissals then why did they deprive personal data, they stated it's to retrieve photos of relatives and hand them to the psychic. Unconsented readings without a person know is against the law and our rights to privacy. Reading minors should have been prohibited as it obstructs their freedom of being a child free from harassments of abnormal events. Judges of the court, children are

innocent as they stated they are good kids. That's where the county is in indefinite liability of excess harm. The county has gone overboard with psychological harassments and refuse to pay damages.

The county has no intentions of paying damages then why did they send out a group to steal my backpack that contained personal data, my high school transcript, my diploma that is the original, my birth certificates, my social card, my CDL license, an expired hand gun license, and other documents that are connected to minors. Judge I have worked hard to retain my CDL license as an accomplishment I left unfinished that my mother was proud of weeks before she passed. My little sister is 16 today as she cried out for help by a judge to get her out of her father's care saying she is forced to be with someone who is unstable.

It is our Federal Rights that have been deprive to file a claim for damages. Judge my body can't do this anymore as it needs rest for all the years I was kept awake and fell asleep when I have been highly exhausted. I sleep in floors of 7 eleven, cements, bus stations, and a bench at a Lamb's tire shop business.

This is not how anyone should be treated no matter how large the amount is, because then again, I am not an attorney nor am I a judge. Only a judge can determine what the family will be compensated and that's the jealousy cunty has expressed.

To have nice luxurious things we are taught to work hard for or to get a college degree to work to become successful to have nice things. You see that nice Lamborghini? I don't like Lamborghinis I am more into muscle cars and big trucks that I can keep my vehicle from being stuck on mud, ice or water.

My insurance doesn't cover Professional Heart doctors so my treatment is not in good shape, I have one pair of changing clothes and I only shower at a sibling every now and then when she is in the mood for a visitor. My sibling is Rayna Hernandez as she suffered psychological damages. Judge the interns need help to get them out of being consecutively thrown to males an unwanted sexual encounter. I wish for all this sexual ritual scheme to stop.

Kirk Watson was talked into engaging in aiding and abetting the harassment by Kelly Mackenzie employees and several council members.

My claim was supposed to be filed as personal injury claim due to physical damages I have endured during a criminal case and loss of a fiancé in March of 2022. The harassments cause separations from loved ones as my aunt in Brownsville Texas wanted me to visit, and my aunt who passed away stated she has never seen me in these horrible conditions. The loss affected the whole family as over 25 vehicles filled the streets and the funeral home where all seats were filled with family from different cities and states. A relative stated that's not even half of the family. Losing my aunt broke me because she was my emotional support while I suffered, she is a great mother who also lived in Corpus Christi for several years. The youngest toddler who was diagnose with influenza type 2 has healed that's when her stroke got the best of her. My aunt would call my sibling crying that they were arguing with her and she couldn't take it anymore. I needed the judges to see that the actions of the county really affected the family as they shown lack of remorse. The deaths were prevented. The psychic lured her services into county and why didn't they stop her? They were desperate to stop a lawsuit but created more damages instead. Please

Graciela Garza, Passed away Monday, June 24, 2024 From Brownsville Texas.

Respectfully,

Caroline Sue Barnett.

08-21-2024

**Defendant No. 5**

Name:  Ron Nirenberg

Address: City Hall,

100 Military Plaza San Antonio, TX 78205

**Defendant No. 6**

Name    John Cowen

Address: City Hall,

2nd floor, 1001 E. Elizabeth St. Brownsville TX 78520

**Defendant No. 7**

Name    Susan Deski

Address: 205 E. Fox St., Suite 2004 Caldwell Texas 77836

**Defendant No. 8**

Name    Derrell Dullnig

Address: 9375 Corporate Drive Selma TX 78154

**Defendant No. 9**

Name    Western District of Texas in Austin

Address: 501 West Fifth Street, Suite 1100

**Defendant No. 10**

Name    TC Broadnax

Address: 301 W 2nd St, Austin Texas 78701

**Defendant No. 11**

Name    State of Texas

Ken Paxton: 300 W 15th Street Austin, TX 78701

**Defendant No. 12**

Name    Travis County Commissioners Court

Address: 700 Lavaca St, Austin TX 78701

**Defendant No. 13**

Austin Police Department

Address: 715 East 8th St. Austin, TX 78701

**Defendant No. 14**

Capital Metro Austin Texas

Address: 2910 E 5th St., Austin Texas 78702

## Petition Part II

**Ron Nirenberg**, Judges kept saying they are immune to civil claims so in San Antonio I filed a claim against the mayor for that reason but since misrepresentation was given in careless manner I am suing both judge and mayor for avoidance.

**John Cowen** is getting sued for misrepresentation and engaging in Ritual Abuse Practices against me. John Cowen is aware of damages that took place in Brownsville TX but has no intention of paying damages. Brownsville Texas District attorney in 2022 when Rayna Hernandez was incarcerated ran my background and obstructed justice by telling Travis County to make sure I don't sue for damages. Rayna Hernandez Endured a Miscarriage and abuse in litigation. Supervisor Martinez Police Department in 2023 Brownsville Texas for engaging in Ritual abuse With Erin Gamez and tampering with a police report By Rose Valerie Garza. Around September, 2023 I who is a witness overhearing interactions with officers, I advised Valerie to place the call before officers arrived, officers came out first Than EMS. Officer Gonzalez and her partner tampered report stated it was a medical call instead to report sexual abuse, officers lied about taking her to a shelter after report was complete and stated Valerie needed to get examined in a hospital that her abdomen hurt, rose Valerie stated she wasn't comfortable with males but officers ignored and I ordered officers not to proceed with further exams due to demand violation, Officers lied about shelter stay as an emergency and Rose Valerie is then transported to a hospital instead than agreed upon conversation, Rose Valerie suffered tort damages. I contacted the office, they stated the call was placed for EMS, I told the admin that I was on the phone when officers arrived not EMS, admin stated that's what she saw on her end.

**Susan Deski**, I'm suing her for ignoring a sexual harassment report By rose Valerie while she was in jail awaiting trial and keeping silent torture conspiracies by Travis County whom wanted to put her through excessive hardships due to child custody case that was open in Travis County,  so she won't have a chance to finish paying parole that her liberty was deprived not only deprived but rose Valerie was transferred to Texas most dangerous prisons as punishment by Susan. Suing her for misrepresentation of the law.

**Derrell Dullnig**, Judge in Selma Texas, made a mistake in published FTA charge as it was a different amount than agreed upon with prosecutor. Derrell was alerted it can lead to a lawsuit for damages of security and CDL license and employment. Judge Dullnig then raised the amount triple the affordability of a person who is suffering from poverty and loss of a loved one. Judge Dullnig Actions were done by personal discretion and not judicial discretion disregarding the enforcement of the constitutional, unusual misinterpretation of the law violation. This action has caused restraints of fleeing to safety and security from ritual abusers who practice against me in Travis County. His actions caused Domestic relations obstructions.

**Western District of Texas In Austin**, Judges failed to enforce the constitution, all males' judges have a degrading and gender bias conflict of interest going on that led to dismissals one after another causing

delays of child custody and other severe damages. District are also guilty of obstructing other federal cases by refusing to remove public dismissal caused by egregious behaviors, and ritual abuses.

**TC Broadnax**, our new City manager who was offered an outstanding high amount as a salary following Jesus Garza, who heard of the advertised rituals ongoing in county got his friends to join the abuse of retaliation and family members. Black males were getting very verbal in sexual harassments and brutally ganged up on the young females who are quarantined in a home in which some told me in Kirk's residence and Robert Goode's. The females are taken to different addresses so I won't keep track.

**State of Texas**, where several messages and reports were emailed to ken where no action was taken. Admin office failed to intervene and or to properly inform ken Paxton and Authorities to stop ritual abuse.

**Travis County Commissioners**, who have been engage in ritual abuse with family members and obstructing the constitution. Failed to intervene when things got out of hand with interns in county due to involvement with.

**Austin Police Department**, In the beginning of arrest in July 29, 2021 officer later found out it was a misconduct violation the way the law was interpreted before an arrest was made that caused all these lawsuits to land in courts in the first place, they failed to arrest William Martinez that day. Officers also gave permission to Rayna Hernandez to destroy property, that is not there call but a civil matter. Office Police officers have been working with Travis county and city council for cover ups in ritual abuses that caused obstructions and damages. Police report #24-9012971 of July 29, 2024. Mishandled police report, irregular communications in which prevented actual investigations, camera angle is in the opposite direction, where Capital Metro fell short on reliability of image. Public Order to retrieve images from bus 1 William Cannon would have been a better option. I overheard office employees join ritual groups in retaliation.

**Capital Metro of Austin**, Bus drivers have a habit of taking off before fare takes a seat who is disabled or injured. Kevin was heard talking to City Council looking for a specific intern but then another group entered the harassment. Failed to give details of an investigation ending it with statement "it does not look like your backpack was stolen", the guy got the wrong angle. Reliability is very important as it can save lives. Suing capital metro for failure to check camera quality.

---

## A. Texas Counties Have Limited Legal Authority

14. Unlike home-rule cities which have "all the powers of the state not inconsistent with the

Constitution, the general laws, or the city's charter," City of Galveston v. State, 217 S.W.3d 466,

4

469 (Tex. 2007), for counties "the legal basis for any action taken must be grounded ultimately in

the constitution or statute."3

15. "The power the Legislature confers on counties and commissioners' courts are duties

rather than privileges." City of San Antonio v. City of Boerne, 111 S.W.3d 22, 28 (Tex. 2003).

"Thus [,] a commissioners court may only exercise powers expressly given by either the Texas

Constitution or the Legislature." Id. "[T]he powers of such governmental agencies as counties,

townships, and school districts 'are generally more strictly construed that those of incorporated municipalities." Tri-City Fresh Water Supply Dis.t No 2 or Harris County v. Mann, 142 S.W.2d 945 (Tex. 1940) (citing Stratton v Commissioners' Court of Kinney County, 137 S.W. 1170, 1177 (Tex. Civ. App.—San Antonio 1911, writ ref'd)). A county commissioners court "is not invested with any general police power, and any attempt by it to exercise such power is unauthorized." Commissioners' Court of Harris Cnty. v. Kaiser, 23 S.W.2d 840, 842 (Tex. Civ. App.—Galveston 1929, writ ref'd)

## A. The Plaintiff is Likely to Succeed on the Merits.

The Plaintiff is likely to succeeds on the causes of action described above. The plaintiff, as a private citizen, "has an intrinsic right to enact, interpret Cause, and demand enforcement laws. "This includes a right to "reassert the control of the Plaintiff" and "enforce existing policies" as declared by the Texas Legislature. Injuries to this right are sufficient to both create standing to sue and show irreparable harm.

This interest logically extends to issues concerning the applicability of the State's laws. The State is "the guardian and protector of all family rights" and has authority to sue to redress any violations of those rights. The State's interests extend to preventing "an abuse of power by Democratic Leaders" and to issues concerning the "maintenance and operation of its municipal corporations in accordance with law."

## B. The Plaintiff will be Irreparably Injured Absent an Injunction.

This litigation implicates important Constitutional interests, namely, the sanctity of its constitution. Local officials cannot ignore a state law just because they disagree with it; however, that is precisely what the Defendants have done here. Children and family's privacy have been exposed due to theft of Backpack.

## C. Emergency Injunctive Relief is Necessary.

Jeep 392 Rubicon 2024 at a covert location 8107 Research Blvd. Austin Texas 78758 to be paid in full. Rose Valerie Ofelia Garza to be released from Huntsville Texas. Hotel Vouchers away from Travis County time as needed. Damages to be paid in full By City of Austin due to Negligent Misrepresentation. Protective orders to be placed to protect family of plaintiff and plaintiff. Backpack returned since theft was a set up by City Council, City managers, Travis County, and APD with all how it was taken from my person. I need warrant from Selma Texas lifted. Danielle Ray Barnett to be granted to be reunited with siblings in Texas, who will be granted emergency guardianship to Caroline Sue Barnett upon this letter.

## PRAYER

For the reasons discussed above, the Caroline sue Barnett respectfully prays that this Court:

A. Grant a temporary restraining order, which will remain in force until a temporary injunction

hearing can be held, restraining Defendants and any of their officers, agents, servants,

employees, attorneys, representatives, or any other persons in active concert or

participation with them from continuing to implement and operate Judicial system.

B. Grant temporary and permanent injunctions prohibiting Defendants and any of them

officers, agents, servants, employees, attorneys, representatives, or any other persons in

active concert or participation with them from continuing to implement and operate the Judicial System.

**Jeep 392 Rubicon 2024 at a covert location 8107 Research Blvd. Austin Texas 78758 to be paid in full. Rose Valerie Ofelia Garza to be released from Huntsville Texas. Hotel Vouchers away from Travis County time as needed. Damages to be paid in full By City of Austin due to Negligent Misrepresentation. Protective orders to be placed to protect family of plaintiff and plaintiff. Backpack returned since theft was a set up by City Council, City managers, Travis County, and APD with all how it was taken from my person. I need warrant from Selma Texas FTA lifted and dismissed. Danielle Ray Barnett to be granted to be reunited with siblings in Texas, who will be granted emergency guardianship to Caroline Sue Barnett upon this letter.**

Respectfully,

Caroline Sue Barnett

08/22/2024

**U.S. Department of Justice**

**Office of Justice Programs**

# Understanding Ritual Abuse: A Guide for Self-Empowerment for Ritual Abuse Survivors

NCJ Number
163855
Date Published
1994
Length
39 pages
**Annotation**
This booklet provides an overview of the nature of ritual abuse and suggests ways that adults who were subjected to such abuse as children can be healed from the effects of such abuse.

**Abstract**
According to this booklet, "ritual abuse" is "a calculated, systematic process whereby victims may be brainwashed and programmed, using many different techniques, to disown and distort our own sense of self and reality." In such abuse "triggers" and programming may have been placed around primary biological and survival functions, including eating, sleeping, breathing, sexuality, elimination, emotions, the five senses, and human bonding. Victims may have been forced and manipulated into breaking primary bonds to survive emotionally and physically. This may have involved forced participation in the torture, murder, dismemberment, and cannibalism of animals and humans that victims may have known and even loved. The booklet acknowledges that choosing and pursuing healing from such abuse is no easy task, since the behaviors conditioned, manipulated, and used to cope under the abuse will continue to be triggered under various circumstances. Emotional needs are so many and so intense that relationships will be difficult and frustrating to initiate and maintain. A variety of resources, groups, and persons will be required to receive the healing support needed, since no one person is likely to be capable of providing the healing love and understanding the victim seeks. Healing is the process of discovering what happened in the victimization and how victims survived emotionally. This booklet discusses the identification of survival skills and adaptive behaviors as well as the importance of self-acceptance and self-empowerment. Also included is a brochure that outlines the stages of reaction to trauma: denial, anger, bargaining, depression, and acceptance.



### Pedal Edema & Heart Congestion Failure

The photo on the left of left leg and ankle, of previous side effects of cellulitis and pedal edema. I took antibiotics, as it has caused circulation defects. Body heat calls attention to spiders especially if my ankles look similar to photo on the left.  The diagram on the bottom left is a photo X-ray of the heart. In between months of June and July 2023, I was diagnosed with venous insufficiency which caused severe swelling which is Pedal edema. When I put on new shoes both feet popped as the liquid shot up, I felt a sharp pain go through my chest where a small vein vessel blew. At that time, I felt bubbles and tasted blood in my throat as my congestion in my chest went away but felt ribcage discomfort. I later found out that it is one of the veins that help blood circulate properly in the heart. I am suffering from homelessness which contradicts heart functions as my PHP Bria Harris Stated I need Cardiac assistance as soon as possible. Insurance as limited but was lucky enough to have been prescribed Carvedilol 3.25mg to help with blood pressure. The harassments do not make the medical treatment any better. I may require heart surgery which is a necessary procedure, this is concluded that my lower left heart ventricle chamber is damaged. The heart rhythm constantly



changes, to fast, slow and at times I apply chest compressions to help the heart keep up with normal heart beats. Due to lack of sleep I perform this technique on daily. Not a recommended procedure but insurance wasn't available to seek the right treatment after I lost my job. There have been moments I felt like I was drowning in excess liquids and couldn't get enough oxygen into the lungs causing me to suffocate, in that case I had an inhaler with me. Edema may be caused by an underlying illness and when it is severe it can cause liquid retention to reach other organs causing suffocation, kidney failure, and liver damage. Currently I suffer from weakness on the legs. Further treatment is needed, insurance that I carry does not qualify for the right services. This concludes one of the main reasons elevation in the legs are necessary but due to lack of shelter, it prevents me from caring for my health. My inhaler is in my backpack. Backpack was reported stolen at a Bus station.

Equal Rights Act Violation, Excessive Force in Law and obstruction of justice.

The first case 1:2023-CV-00831, I filed before patterns of dismissals took place is connected to judicial retaliation and bullying. Which led to domestic relation obstructions and loss of a relative. Case filed on the left is linked to damages of a rejected report From the DA and loss of a loved one during a criminal case. In this case a fiancé passes away caused by the start of county's harassment scheme. These harassments have become a pattern of abuse and tortures. Damages to a defendant causes interest of justice dismissal. The County's attempt to lure out of a lawsuit after a dismissal of a criminal case that closed on interest of justice. Potential lawsuit leaked information by a legal malpractice attorney that started harassment retaliation scheme against possible legal malpractice claim, defendant to be The Hull Firm in which are sponsors of Delia Garza who was a previous Council Member Pro Team. May 15th 2024, Strokes can be prevented in which a family member present to obstruct the issue before it strikes. Relative was found face down with no assistance of a family member to aid for their care but was later transported to the emergency room. All hate crimes have different scenarios and can end in tragic losses. In this case particularly was interfered by third parties causing the dismissal without judicial authorities in federal court. Obstructions of justice and miscarriage of the law can lead to damages affecting more than one party, In this case the whole family.

6:32 33%

google.com/amp/s/(

dockets.justia.com

JUSTIA

**September 5, 2023:**
Text Order MOOTING #72 Motion to Void Case Dismissal entered by Judge Robert Pitman. In light of the final judgment, (Dkt. 69), this motion is moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jmlc)

**September 5, 2023:**
Text Order DENYING #71 Motion to Seal Case entered by Judge Robert Pitman. For lack of good cause shown, IT IS ORDERED that this motion is DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jmlc)

**September 4, 2023:**
**Filing 75** MOTION for Unusual Activity Refrainment by Caroline S. Barnett. (jv2)

**September 4, 2023:**
**Filing 74** MOTION for Order Request by Caroline S. Barnett. (jv2)

July 03, 2024 Burial of Gracie Garza



Child Endangerment Act

Danielle Ray Barnett who is 16 years of age has waited for five years so I can take over custody and has been placed in hostile poverty conditions. She also suffers from Domestic relation obstructions which is causing emotional and psychological damages. This case is an important case that I have included. Danielle is a good person at heart. We both lost our mother in 2019, too soon. Growing without a parent takes a toll on us especially on the young. They have no fault of their own and have no control of what occurs in their livelihood or environments. She has been bullied in school which damages self-esteem, where she also stated gun violence occurrences in Donna Texas. She kept repeatedly stating she wants to be closer or live with a sibling away from her father. In this matter she has been forced to live in a hostile environment that has affected her healing process after a loss of a parent entirely. Consecutive unjustified dismissals to federal claims obstruct child custody and affect my current living conditions. The scheme affected the child's life entirely as well as family members who are victims of a crime and indirect harassment. It is not a law firm who file legal motions but verbal motions in which no evidence can be proven of communication between defendant and judge. Which makes it a court rule violation because the case was active. All communications are to be in writing not verbal. Favors for defendants affected the child's life as hatred spread throughout county of an impression of exact 300 billion pay out. No actions should have been taken due to an impression and not facts. In this statement the harassments of convincing county employees, council members, district staff, and city managers along with other departments should not have been the reason for harassment causing severe damages. Ignoring the constitutional rights of a person causes hostile behaviors, gossip, and ill thoughts towards the protentional plaintiff can lead to physical harm of the plaintiff and threats to love ones.